Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff Shonna Counter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNA COUNTER,<br><br>          Plaintiff,<br><br>    vs.<br><br>SOUTH COAST PLAZA; and DOES 1-10,<br><br>          Defendants. | Case No.: 8:25-cv-00392-JWH-JDE<br><br>STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

STIPULATION TO DISMISS - 1

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  Plaintiff Shonna Counter and Defendant South Coast Plaza hereby stipulate and
3  jointly request that this Court enter a dismissal with prejudice of the above-entitled
4  action in its entirety. Each party shall bear his or its own costs, experts' fees, and
5  attorneys' expenses. The case has settled.

DATED: July 15, 2025                VALENTI LAW APC

                                    By:  */s/ Matt Valenti*
                                         Matt Valenti, Esq.
                                         Attorney for Plaintiff
                                         Shonna Counter


DATED: July 15, 2025                HUSCH BLACKWELL LLP

                                    By:  */s/ Mhare O. Mouradian*
                                         Mhare O. Mouradian, Esq.
                                         Armine A. Margaryan, Esq.
                                         Attorneys for Defendant
                                         South Coast Plaza
                                         .

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

DATED: July 15, 2025                    VALENTI LAW APC

                                        By:  */s/* Matt Valenti
                                             Matt Valenti, Esq.
                                             Attorney for Plaintiff
                                             Shonna Counter